# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Mike Rothman, Commissioner of the Minnesota Department of Commerce, in his capacity as Liquidator of Minnesota Surety and Trust Company,<br><br>　　　　　　Defendant. | **COURT MINUTES – CIVIL**<br>**BEFORE:  HILDY BOWBEER**<br>**U.S. MAGISTRATE JUDGE**<br><br>Case No:　　　17-cv-2064 (JNE/HB)<br>Date:　　　　 December 6, 2017<br>Courthouse:　 Saint Paul<br>Courtroom:　 By telephone<br>Recording:　　None<br>Time Commenced: 10:00 AM<br>Time Concluded:  10:13 AM<br>Time in Court:　 0 Hours & 13 Minutes |

Hearing on:  **STATUS CONFERENCE**

**APPEARANCES:**

　　　Plaintiff:　　Marcus Sacks

　　　Defendant:　Christopher Kaisershot, Anthony De Sam Lazaro

**PROCEEDINGS:**

　　　☐　In Person

　　　☒　By telephone

**Other Remarks:**

　　　The Court and counsel discussed next steps in the litigation in light of the Court's November 14, 2017, order.  The parties agree that no discovery will be required prior to further dispositive motion practice, and will contact the chambers of the Honorable Joan Ericksen to obtain a single hearing date in the first quarter of 2018 for Plaintiff's anticipated motion for summary judgment and Defendants' anticipated motion to dismiss.  However, the parties are diligently exploring options for a negotiated resolution, and intend to seek a hearing date that will allow an opportunity for such negotiations prior to the filing of the motions.  The parties believe they will be able to conduct those negotiations without the need for involvement by the Court, but will contact the Court if they believe a settlement conference would be helpful.  No further scheduling order will be issued.

　　　　　　　　　　　　　　　　　　　　　　　　　　s/ *Judith M. Kirby*
　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy